UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| AARON B. CARTER | ) | 09-10966 |
| KATHLEEN G. CARTER | ) | Chapter 7 |
| | ) | |
| Debtors. | ) | |

## APPLICATION TO AUTHORIZE RETENTION OF COUNSEL

TO THE HONORABLE PAUL MANNES, BANKRUPTCY JUDGE:

COMES NOW Janet M. Nesse, the duly appointed and qualified trustee of the Chapter 7 bankruptcy estate of Aaron B. Carter and Kathleen G. Carter ("Debtors"), by and through her proposed undersigned attorneys, Stinson Morrison Hecker LLP, and in support of her Application to Authorize the Retention of Counsel, pursuant to 11 U.S.C. § 327, respectfully represents as follows:

1.   This case was filed on January 21, 2009 under Chapter 7 of the United States Bankruptcy Code.

2.   Janet M. Nesse is the court-appointed Chapter 7 Trustee ("Trustee").

3.   The Trustee wishes to retain Marc E. Albert, Janet M. Nesse, Darrell W. Clark, Lawrence P. Block, Katherine S. Becker, and the law firm of Stinson Morrison Hecker LLP (collectively, the "Attorneys"), as counsel to provide representation in connection with certain matters in this proceeding, including preparation of pleadings and making necessary court appearances on the Trustee's behalf.

4.   The Trustee has selected the Attorneys because the Attorneys have considerable

experience in matters for which they are to be retained, and because the Trustee believes that the Attorneys are well qualified to provide representation in all proceedings arising in connection with the aforesaid matters.

5. The professional services that the Attorneys are to render in connection with the tasks described above include:

    a. preparing any necessary applications, motions, memoranda, briefs, notices, answers, orders, reports and other legal papers, and appearing on the Trustee's behalf in any proceeding;

    b. filing Adversary Proceedings, turnover motions and any other motion necessary to collect assets or potential assets of the estate; and

    c. performing other legal services for the Trustee which may be necessary or desirable in connection with the foregoing subject matters.

6. The Attorneys intend to apply to this Court periodically for approval of compensation, computed in the first instance at their applicable current hourly billing rates. Partner rates range from $320.00/hr. to $500.00/hr. Associate rates range from $260/hr to $295.00/hr. SMH's rates change in November of each year.

7. To the best of the Trustee's knowledge, none of the Attorneys have any connection with any creditors, or any other party in interest or their respective attorneys, accountants or other Court-approved professionals.

8. The Trustee desires to employ the Attorneys under a general retainer under § 327.

9. All payments to the Attorneys will be pursuant to § 330 and an application on notice to all appropriate parties.

10. Other than as may be stated in the Verified Statement filed herewith, the Attorneys represent no interest adverse to the Trustee or the estate in the matters upon which they are to be engaged, are disinterested persons, and their employment is in the best interests of the estate and creditors generally.

WHEREFORE, Janet M. Nesse, the Chapter 7 Trustee, respectfully requests that this Court enter an Order:

a. pursuant to 11 U.S.C. § 327(a), authorizing the Trustee to employ the Attorneys under a general retainer to provide representation in connection with the matters described hereinabove; and

b. granting such other and further relief as this Court may deem to be just, equitable and proper.

Dated: March 10, 2009                                   Respectfully submitted,

/s/ Janet M. Nesse
Janet M. Nesse
Stinson Morrison Hecker LLP
1150 18th Street, N.W.
Suite 800
Washington, D.C. 20036
(202) 785-9100
jnesse@stinson.com

Chapter 7 Trustee

**CERTIFICATE OF SERVICE**

      I hereby certify that I did serve a copy of the foregoing Application for Authority to Retain Counsel for the Trustee this 10th day of March 2009, via first class mail, (unless otherwise noted), postage prepaid, upon the following:

Office of the U.S. Trustee
6305 Ivy Lane
Suite 600
Greenbelt, MD 20770 (via ECF)

Aaron Carter
19015 Gallop Drive
Germantown, MD 20874

Kathleen G. Carter
19015 Gallop Drive
Germantown, MD 20874

Daniel M. Kennedy, III
Barkley and Kennedy
51 Monroe Street
Suite 1407
Rockville, MD 20850

                                                  /s/ Janet M. Nesse
                                                  Janet M. Nesse