Form ntcfilpc (10/05)

## UNITED STATES BANKRUPTCY COURT

District of Maryland
Greenbelt Division
6500 Cherrywood Lane, Ste. 300
Greenbelt, MD 20770

Case No.:  09–10966   Chapter:  7

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Aaron B. Carter<br>dba Premier Basement & Design<br>19015 Gallop Drive<br>Germantown, MD 20874 | Kathleen G. Carter<br>aka Kathleen S. Gannon Carter<br>19015 Gallop Drive<br>Germantown, MD 20874 |
| Social Security No.:   xxx–xx–0695 | xxx–xx–0125 |
| Employer's Tax I.D. No.: | |

### NOTICE OF NEED TO FILE PROOF OF CLAIM DUE TO RECOVERY OF ASSETS

*Notice is Given That:*

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since the notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address above on or before:   6/9/09.

Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate. A claim may be filed in the office of the clerk of the bankruptcy court on an official form prescribed for as the proof of claim. It may be filed by regular mail. If you wish to receive proof of its receipt by the bankruptcy court, enclose a photocopy of the proof of claim together with a stamped, self–addressed envelope.

There is no fee for filing a proof of claim.

*Any creditor who has filed a proof of claim already need NOT file another proof of claim.*

enclosure: Proof of Claim Form

Dated: 3/11/09

Mark D. Sammons, Clerk of Court
by Deputy Clerk, D Constable 410–962–4394