**EXHIBIT A**

DEFINITIONS

The term "Debtors" means Aaron B. Carter and Kathleen G. Carter.

The term "person" refers to a natural person, a corporation, partnership, hospital, other business or charitable entity or association, and any government or governmental or governmental body, commission, board, or agency.

The term "Document" means and includes all materials comprehended within the description of the term "Document" contained in Rule 34 of the Federal Rules of Civil Procedure and means the original and all drafts of a writing, as that term is defined by Rule 1001 of the Federal Rules of Evidence, including, without limitation, all written, recorded, graphic or photographic matter, however produced or reproduced, of every kind and description in your actual or constructive possession, custody, care or control pertaining in any manner to the subject matter indicated and includes, without limiting the generality of the foregoing, originals (or copies where originals are not available) and drafts of: all papers, letters, notes, memoranda, correspondence, telegrams, cables, photographs, microfilm, prints, recordings, transcriptions, blueprints, drawings, paper, books, accounts, objects, notes or sound recordings of any type of personal or telephone conversations or meetings or conferences, minutes of directors or committee meetings, other minutes, interoffice communications or correspondence, reports, studies, written forecasts, projects, analyses, contracts, licenses, invoices, charge slips, expense account reports, hotel charges, receipts, agreements, ledgers, journals, books of account, vouchers, bank checks, freight bills, working papers, drafts, statistical records, cost sheets, abstracts of bids, stenographers' notebooks, calendars, appointment books, telephone slips, diaries, time sheets or logs, job or transaction files, computer printouts or papers similar to any of the foregoing however denominated.  The term "Document" also includes, but is not limited to

any electronically stored data. This includes, but is not limited to, electronically stored data (including e-mail) on magnetic or optical storage media as an "active" file or files (readily readable by one or more computer applications or forensics software); any electronic files saved as a backup; any "deleted" but recoverable electronic files on said media; any electronic file fragments (files that have been deleted and partially overwritten with new data); and slack (data fragments stored randomly from random access memory [RAM] on a hard drive during the normal operation of a computer [file slack and or RAM slack] or residual data left on the hard drive after new data has overwritten some but not all of previously stored data.

## DOCUMENTS REQUESTED

1. Please produce all documents related to any business owned by you, including but not limited to, Premier Basement & Design, Inc.

2. Please produce all bank statements for the past three years, business and personal.

3. Please produce all income statements for your business.

4. Please produce proof of payments of any car loan within the last three years.

5. Please produce proof of payment of mortgages in 2007, 2008, and 2009.

6. Please produce tax returns for the past three years for yourself and the business.

7. Please produce credit card records for the past three years, business and personal.

8. Please produce all financial software of the business.

9. Please produce all documents showing the disposition of the assets of your business.