

PAUL MANNES
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
at Greenbelt

In re:   Case No.:  09–10966 – PM   Chapter:  7

| Aaron B. Carter | Kathleen G. Carter |
| --- | --- |
| 19015 Gallop Drive | 19015 Gallop Drive |
| Germantown, MD 20874 | Germantown, MD 20874 |

## ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION EXTENDING DEADLINE TO FILE COMPLAINTS OBJECTING TO DISCHARGE

Upon the Chapter 7 Trustee's timely motion to extend the deadline for filing complaints objecting to entry of a discharge, good cause appearing therefor, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the time within which a complaint may be filed to object to the discharge of the debtor(s) is extended to **July 6, 2009**.

NOTICE: THIS ORDER DOES NOT EXTEND THE DEADLINE TO FILE A COMPLAINT TO DETERMINE THAT A DEBT IS NOT DISCHARGEABLE PURSUANT TO 11 U.S.C. § 523(c).

cc:   Debtor(s)
    Attorney for Debtor(s) – Daniel M. Kennedy III
    Chapter 7 Trustee – Janet M. Nesse
    All Creditors

**22.1** – *dconstable*

## End of Order