

PAUL MANNES
U. S. BANKRUPTCY JUDGE

BGW#: 71299

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
*Greenbelt Division*

| | |
|---|---|
| IN RE: | Case No. 09-10966-PM |
| AARON B. CARTER | |
| KATHLEEN G. CARTER | |
| Debtors | Chapter 7 |

_____

FEDERAL HOME LOAN MORTGAGE CORPORATION
c/o SUNTRUST MORTGAGE, INC.
    Movant

vs.

AARON B. CARTER
KATHLEEN G. CARTER
    Debtors/Respondents


and
JANET M.  NESSE
    Trustee/Respondent

_____

### CONSENT ORDER TERMINATING THE AUTOMATIC STAY
### EFFECTIVE MAY 26, 2009

    Federal Home Loan Mortgage Corporation, c/o SunTrust Mortgage, Inc., its successors and/or assigns, ("Movant") and Aaron B. Carter and Kathleen G. Carter ("Debtors/Respondents"), have reached an agreement to terminate the automatic stay in this matter.

    Therefore, upon review of the Motion Seeking Relief from the Automatic Stay filed herein by Movant, it is

1

ORDERED, that the Automatic Stay shall be, and the same hereby is, TERMINATED, effective May 25, 2009 pursuant to 11 U.S.C. § 362(d) to permit Movant to commence a foreclosure proceeding in the Circuit Court for Montgomery County, against the real property known as 19015 Gallop Drive, Germantown, MD   20874 ("the Property"),   and to allow the successful purchaser to take possession of same; and it is further,

ORDERED that, in the event of any sale of the Property, Movant shall be required to pay the surplus proceeds of said sale, if any, to the Trustee for distribution to parties in interest as their respective interests may appear; and it is further,

ORDERED that the Automatic Stay of 11 U.S.C. Section 362 (a) shall not be reimposed as to the Debtors' interest by the conversion of this case to any other chapter under the Bankruptcy Code.

   */s/ Kevin Feig*
  Kevin Feig, Esq., MD Fed. Bar No. 15202
Bierman, Geesing & Ward, LLC
4520 East West Highway, Suite 200
Bethesda, MD   20814
(301) 961-6555
(301) 961-6491(facsimile)
kevin.feig@bgw-llc.com
*Counsel for Movant*

**CERTIFICATION OF DEBTOR'S ATTORNEY**

I HEREBY CERTIFY that I approve of the foregoing Consent Order and that its terms have been provided to the Debtor(s), who consent(s) to the terms provided therein.

   */s/ Daniel M. Kennedy*
   Daniel M. Kennedy, III
   51 Monroe Street
   Suite 1407
   Rockville, MD   20850

**CERTIFICATION OF CONSENT**

I HEREBY CERTIFY that the terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order; and the signatures represented by the /s/_____ on this copy reference the signatures of consenting parties on the original consent order.

 */s/ Kevin Feig, Esq.*
Kevin Feig, Esq., MD Fed. Bar No. 15202

cc:
Bierman, Geesing & Ward, LLC

2

4520 East West Highway, Suite 200
Bethesda, MD 20814

Janet M. Nesse, Trustee
1150 18th St., NW, Ste. 800
Washington, DC 20036

Daniel M. Kennedy, III
51 Monroe Street
Suite 1407
Rockville, MD 20850

Aaron B. Carter
19015 Gallop Drive
Germantown, MD 20874

Kathleen G. Carter
19015 Gallop Drive
Germantown, MD 20874

**END OF ORDER**