UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| In re: ) | |
| ) | Case No. 09-10966-PM |
| AARON B. CARTER ) | Chapter 7 |
| KATHLEEN G. CARTER ) | |
| ) | |
| Debtors. ) | |
| _____) | |

# MOTION TO COMPEL PRODUCTION OF DOCUMENTS
## DIRECTED TO DEFENDANTS

TO THE HONORABLE JUDGE PAUL MANNES, BANKRUPTCY JUDGE:

COMES NOW Janet M. Nesse ("Trustee"), the Chapter 7 trustee in the above-captioned bankruptcy case, by and through her undersigned attorneys, Stinson Morrison Hecker LLP, and respectfully requests that this Court compel Aaron B. Carter and Kathleen G. Carter ("Defendants") to produce the documents requested in Trustee's Rule 2004 Motion for Authority to Conduct Examination ("Motion"), and in support, respectfully states as follows:

1. On April 29, 2009, Trustee filed her Rule 2004 Motion for Authority to Conduct Examination ("Motion").

2. On April 30, 2009, an Order granting the Motion was entered.

3. The Motion set the oral examination of the Defendants for June 3, 2009 at 10:00 a.m. at 1150 18th Street, N.W., Suite 800, Washington D.C. 20036. The Motion also included the Trustee's requirement that all documents set out in Exhibit A to that Motion be provided to the Trustee on May 26, 2009 or delivered earlier than that date.

4. Trustee did not receive the documents by May 26, 2009 and still has not received the documents as of June 2, 2009.

5. On May 28, 2009, the Trustee informed Defendants' counsel that she will be suspending the scheduled examination and will be filing a motion to compel, since Defendants failed to produce the documents in accordance with the Motion.

6. Trustee respectfully requests that this Court compel the Defendants to produce the documents within 5 days of the Court's entry of an order granting this Motion.

7. No documents have been produced and no explanations have been provided.

[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

3

WHEREFORE, Janet Nesse, Trustee, respectfully requests that this Court enter an order:

a. compelling the Defendants to produce the documents within 5 days of the Court's entry of an order granting this Motion;

b. ordering that the oral examination of the Defendants occur 5 business days after written notice from the Trustee;

c. awarding the Trustee $800.00 in sanctions for the filing of this motion; and

d. granting such other relief as this Court deems just and equitable.

Dated: June 2, 2009

Respectfully Submitted,

/s/ Lawrence P. Block
Janet M. Nesse, No. 07804
Lawrence P. Block, No. 12580
Stinson Morrison Hecker LLP
1150 18th Street, N.W.
Suite 800
Washington, D.C. 20036
Tel: (202) 785-9100
Fax: (202) 785-9163
jnesse@stinson.com
lblock@stinson.com
*Attorneys for Trustee*

4

**CERTIFICATE OF SERVICE**

       I hereby certify that on June 2, 2009, a copy of the foregoing Motion to Compel was served, by electronic transmission, or first class mail, postage prepaid, on the following:

Jeanne M. Crouse, Esq.
jeanne.m.crouse@usdoj.gov

Daniel M. Kennedy, III, Esq.
dkennedy@barkenlaw.com

Aaron B. Carter
19015 Gallop Drive
Germantown, MD 20874

Kathleen G. Carter
19015 Gallop Drive
Germantown, MD 20874

                                        /s/ Lawrence P. Block
                                        Lawrence P. Block